RECEIVED
OCT 30 2019
AT 8:30_____M
WILLIAM T. WALSH
CLERK

27 Monarch Circle
Basking Ridge, New Jersey 07920
October 25, 2019

Dear Sir:

Please be advised that you have spelled my last name wrong on Case # 3:19-CV-19165-MAS-ZNQ, Case Name: Dennise v. Monmouth County Civil Division. The proper spelling of my last name is DENNIS not DENNISE. Please correct for me on my case file.

Your immediate attention to this matter is greatly appreciated.

Sincerely yours,
Wallace C. Dennis

Wallace Dennis
7 Monarch Circle
Basking Ridge, New Jersey 07920

08608-150020

Clerk U.S. District Court
402 East State Street, Room 2020
Trenton, New Jersey 08608